**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| STEVEN J. SCHIEFFER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　Defendants. | Case No. 2:16-cv-00672-APG-NJK<br><br>**ORDER DENYING AS MOOT DEFENDANT'S FIRST MOTION TO DISMISS**<br><br>(ECF No. 6) |

　　In light of the Amended Complaint (ECF No. 9),

　　IT IS ORDERED that defendant United States of America's motion to dismiss **(ECF No. 6) is DENIED as moot**.

　　DATED this 6th day of July, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE