# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

STEVEN J. SCHIEFFER,                        )
                                            )    Case No. 2:16-cv-00672-APG-NJK
            Plaintiff,                      )
                                            )    **ORDER**
v.                                          )
                                            )    (Docket Nos. 18, 29)
UNITED STATES OF AMERICA,                   )
                                            )
            Defendant.                      )
_____)

Pending before the Court are Defendant's motion to stay discovery, as well as the parties' stipulation to stay discovery and request for status conference.  Docket Nos. 18, 29.

The Court hereby sets status conference on the motion and stipulation for July 20, 2016, at 10:00 a.m., in Courtroom 3A.

Counsel for Defendant shall serve this order on Plaintiff via e-mail, and shall file a proof of service on the docket, no later than July 13, 2016.

IT IS SO ORDERED.

DATED: July 8, 2016.

_____
Nancy J. Koppe
United States Magistrate Judge