UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN J. SCHIEFFER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　Defendants. | Case No. 2:16-cv-00672-APG-NJK<br><br>**ORDER TEMPORARILY LIMITING FURTHER FILINGS IN THIS CASE AND DENYING PLAINTIFF'S MOTION TO DISMISS**<br><br>(ECF Nos. 50, 57, 58) |

　　　　The Government moved to dismiss plaintiff Steven Schieffer's first amended complaint while Schieffer's second amended complaint was on file. Schieffer responded by filing a third amended complaint. Since then, the parties have alternated filing motions to dismiss and motions for leave to file new amended complaints. This trend has become tedious, wasteful, and burdensome.

　　　　Schieffer is litigating this case *pro se* and some leeway is usually given for minor failures to comply with the Federal Rules of Civil Procedure and the Local Rules. However, repeated unnecessary filings are not allowed. I have inherent authority to control my docket, including the power to temporarily stop the parties from filing additional papers. The burdensome filings make it difficult to address this case and others on my docket.

　　　　Accordingly, neither of the parties shall file any further papers in this case except as listed below. The following briefing schedule is hereby established:

　　　　Schieffer shall have until **October 4, 2016** to file his reply in support of his motion for leave to file a sixth amended complaint. **ECF No. 48**. That reply shall be combined with his response to the Government's motion to dismiss the sixth amended complaint. **ECF No. 53**.

　　　　After Schieffer files his combined reply/response, the Government shall have seven days to file its reply.

　　　　No extensions of these deadlines will be granted absent extraordinary circumstances.

**Neither of the parties shall file any other papers (including responses or replies to pending motions) unless a true emergency occurs justifying an emergency motion under Local Rule 7-4.  Violation of this dictate will result in the entry of sanctions against the offending party.**

IT IS FURTHER ORDERED that plaintiff's motion for status conference **(ECF No. 57) is DENIED**, and his motion for extension of time **(ECF No. 58) is GRANTED IN PART** as set forth above.

IT IS FURTHER ORDERED that Schieffer's motion to dismiss the Government's motion to dismiss **(ECF No. 50) is DENIED**.  No further briefs shall be filed regarding that motion.

DATED this 9th day of September, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE