**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| STEVEN J. SCHIEFFER, | ) | Case No. 2:16-cv-00672-APG-NJK |
| Plaintiff(s), | ) | ORDER |
| v. | ) | (Docket No. 65) |
| UNITED STATES OF AMERICA, et al., | ) | |
| Defendant(s). | ) | |

Pending before the Court is Plaintiff's motion for an extension of time to complete service of process. Docket No. 65. The Court has broad discretion to extend time for service of process. *In re Sheehan*, 253 F.3d 507, 513 (9th Cir. 2001).

Accordingly, Plaintiff's motion, Docket No. 65, is hereby **GRANTED**. The Court hereby **EXTENDS** the Rule 4(m) deadline to February 6, 2017.

IT IS SO ORDERED.

DATED: December 27, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge