**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| STEVEN J. SCHIEFFER, | Case No. 2:16-cv-00672-APG-NJK |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| UNITED STATES OF AMERICA, *et al.*, | |
| Defendants. | |

In light of plaintiff Steven Schieffer's supplement to his motion to dismiss (ECF No. 75),

IT IS ORDERED that Schieffer's claims against the remaining defendants are dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 24th day of February, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE